UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*Alignment Healthcare, Inc.*
        *Plaintiff*

        *vs.*        Case No.: 1:25-cv-00074

*U.S. Department of Health and Human Services, et al.*
        *Defendants*

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Complaint, Civil Cover Sheet, Certificate Rule LCvR 26.1, Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/22/2025 at 12:21 PM I served U.S. Attorney's Office for the District of Columbia c/o Civil Process Clerk at 601 D Street, NW, Washington, DC 20530 with the Summons, Complaint, Civil Cover Sheet, Certificate Rule LCvR 26.1, Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge by serving Shade Beaver, Paralegal, authorized to accept service.

Shade Beaver is described herein as:

| Gender: | Female | Race/Skin: | Black | Age: | 30 | Weight: | 135 | Height: | 5'5" | Hair: | Brown |
|---|---|---|---|---|---|---|---|---|---|---|---|

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

Executed on 01/23/2025

*Ambiko Wallace*

Client Ref Number: 104921-0025
Job #:12505379

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Alignment Healthcare, Inc.

*Plaintiff(s)*

v.   Civil Action No. 25-cv-74-CRC

U.S. Department of Health and Human Services, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael B. Kimberly
McDermott Will & Emery LLP
500 North Capitol Street N.W.
Washington, D.C. 20001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 1/13/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*