IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALIGNMENT HEALTHCARE INC.,

    *Plaintiffs*,

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,

    *Defendants*.

Case No. 25-cv-0074-CRC

**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, plaintiff Alignment Healthcare Inc. (Alignment) moves for an order granting summary judgment in its favor on Counts I through VI of the Complaint, Dkt. 1.

The Court should grant Alignment's motion for summary judgment for all of the reasons given in the memorandum of law filed herewith, and declare that (1) the Tukey Outlier Deletion Rule is arbitrary and capricious as applied to Alignment without appropriate denominator adjustments; (2) CMS's inclusion of "very low reliability" data in composite CAHPS survey measures is arbitrary and capricious and contrary to law; (3) CMS acted arbitrarily and contrary to law by including CAHPS survey data infected by a major administration error in Alignment's 2025 Star Ratings; (4) CMS's allowance for "oversampling" unlawfully and arbitrarily disadvantages smaller plans; (5) CMS has unconstitutionally delegated its regulatory authority to a private, for-profit entity in violation of the non-delegation doctrine; and (6) the independent review entity's final

decisions for Case Nos. 1-13226962526 and 1-12757246876 were arbitrary, capricious, and contrary to law. Consistent with those declarations, the Court should vacate Alignment's 2025 Star Ratings for the contracts affected by CMS's unlawful actions and policies, and remand with instructions for CMS to recalculate the Star Ratings for all of Alignment's impacted contracts.

Dated: April 7, 2025

Respectfully submitted,

/s/ *Michael B. Kimberly*

Michael B. Kimberly (991549)
Caleb H. Yong (1780922)
McDermott Will & Emery LLP
500 North Capitol Street N.W.
Washington, D.C. 20001
(202) 756-8901
mkimberly@mwe.com
cyong@mwe.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a true and correct copy of this document was served via CM/ECF on all counsel of record pursuant to the Federal Rules of Civil Procedure on April 7, 2025.

*/s/ Michael B. Kimberly*