# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALIGNMENT HEALTHCARE, INC.**,<br><br>        Plaintiff,<br><br>    v.<br><br>**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**, *et al.*,<br><br>        Defendants. | Case No. 25-cv-74 (CRC) |

## ORDER

For the reasons stated in the accompanying Opinion, it is hereby

**ORDERED** that [11] Plaintiff's Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that [13] Defendants' Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**.  It is further

**ORDERED** that the star ratings for Plan H3443 are vacated to the extent that they were calculated using adverse determinations from Cases 1-13226962526 and 1-12757246876.  It is further

**ORDERED** that this case be remanded to Defendants for recalculation of Plan H3443's star ratings in a manner consistent with this opinion.

The Clerk is directed to close this case.

    **SO ORDERED**.

                                                                                        _____
                                                                                        CHRISTOPHER R. COOPER
                                                                                        United States District Judge

Date:  June 9, 2025