**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALIGNMENT HEALTHCARE, INC., *Plaintiff*, vs. U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, *Defendants*. | Case No. 1:25-cv-00074-CRC |

**NOTICE OF APPEAL**

Notice is hereby given that plaintiff Alignment Healthcare, Inc., appeals to the United States Court of Appeals for the District of Columbia Circuit from the June 9, 2025, final order (Dkt. 22) granting in part and denying in part plaintiff's motion for summary judgment (Dkt. 11) and granting in part and denying in part defendants' cross-motion for summary judgment (Dkt. 13), together with all underlying or related orders, rulings, and findings that merge therein.

Dated: June 30, 2025

Respectfully submitted,

/s/ *Michael B. Kimberly*

Michael B. Kimberly (D.C. No. 991549)
  Winston & Strawn LLP
  1901 L Street NW
  Washington, DC 20036
  (202) 282-5096
  mkimberly@winston.com

*Counsel for Plaintiff Alignment Healthcare, Inc.*

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that a true and correct copy of this document was served via CM/ECF on all counsel of record pursuant to the Federal Rules of Civil Procedure on June 30, 2025.

/s/ <u>*Michael B. Kimberly*</u>